**MEMO ENDORSED**

# DELL & LITTLE, LLP
## ATTORNEYS AT LAW

MELANIE L. LITTLE
JOSEPH G. DELL
JOHN S. McDONNELL

KERI A. WEHRHEIM
JENNIFER J. BOCK

OF COUNSEL:
JOANNE S. AGRUSO
DONALD X. CLAVIN, JR.
STEPHANIE G. OVADIA
MATTHEW X. TRAVAGLIA, JR.
GEORGE C. TROVATO, JR.
ANDREW P. VECERE
MICHAEL ZIMLER

1274 REXCORP PLAZA
UNIONDALE, NEW YORK 11556
TEL. (516) 512-7700
FAX. (516) 294-0652

SUFFOLK COUNTY OFFICE:
3285 VETERANS MEMORIAL HIGHWAY
SUITE A7
RONKONKOMA, NEW YORK 11779
TEL. (631) 360-3500

Office Manager
Sally N. Nilsen

April 9, 2008

*Via ECF and Facsimile*
Judge William C. Conner
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Elizabeth Lynch et al v. City of Mount Vernon et al*
       *Rosalee Hamilton et al v. City of Mount Vernon et al*
       08-CV-00080 and 08-CV-00083

Dear Judge Conner;

As this Court is aware, this firm represents the Plaintiffs in the above referenced matters. There is a Motion to Dismiss the Plaintiffs' Complaints that is currently pending before this Court in connection with same that was submitted on behalf of the Defendants on or about March 24, 2008.

Pursuant to the motion schedule set by this Court, Plaintiffs' opposition to the aforesaid must be filed on or before Friday, April 11, 2008. I am respectfully requesting that the Plaintiffs' time in which to submit such opposition be extended, on consent, to Friday, April 18, 2008 and that the Defendants' time in which to reply to same be extended to Friday, April 25, 2008. There have been no previous requests for an adjournment of the motion by either party. In addition, I have spoken to Cheryl Puma, Esq. of Helen M. Blackwood, Esq., Corporation Counsel, attorneys for the Defendants, who does not object to the within application.

Please note that the reason for my request is due to the fact that I am presently engaged on trial before the Honorable Joseph C. Pastoressa, Justice of the Supreme Court of the State of New York, County of Suffolk in the matter of *Mikel Saleem v. Jashawon D. Jones, et al* under Index Number 127853/2004.

COPIES MAILED TO COUNSEL OF RECORD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

MEMO ENDORSED

April 9, 2008
Page -2- of -2-

Thank you for your kind consideration.

Very truly yours,

DELL & LITTLE, L.L.P.

By: _____

Jennifer J. Bock (JB-4442)

JJB/jb

cc:    Nichelle A. Johnson, Esq. (via facsimile)
       Cheryl Puma, Esq. (via facsimile)

*Extension Granted*
*So Ordered April 14, 2008*

*William C. Conner*
*Sr. U.S.D.J.*