```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
Elizabeth Lynch, Simon Lynch, Eric Lynch,
Infants, under the age of 14, by their
mother and natural guardian, Jessica Lynch,
and Jessica Lynch, individually and
Richard Lynch
                                              08 CV 00080 (WCC)

                 Plaintiffs,         JUDGMENT
        -against-
City of Mount Vernon, The Mount Vernon
Police Department and Police Officers
"John Doe", "Richard Roe," fictitious
names, true names unknown,

                 Defendants.
-------------------------------X
```

Defendants having moved to dismiss and the said motion having come before the Honorable William C. Conner, United States District Judge and the Court thereafter on June 13, 2008, having handed down its opinion and order, granting defendants' motion to dismiss and summary judgment with prejudice but without costs, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed as to all defendants with prejudice but without costs.

DATED: White Plains, N.Y.
       June 16, 2008

                                    *J. Michael McMahon*
                                          Clerk

i:/judgment/lynch.080